UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S COURTROOM MINUTES |
| v. | MAGISTRATE NO.: 05-3616-3(MF) |
| MICHAEL ANDREWS | DATE OF PROCEEDINGS: SEPTEMBER 13, 2005 |
| | DATE OF ARREST: |

PROCEEDINGS: RULE 5/ INITIAL APPEARANCE

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT DATED
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER

( ) ORDER OF RELEASE
(X) TEMPORARY COMMITMENT
( ) SENTENCE
( ) BOND REVIEW
( ) ARREST WARRANT TO ISSUE
( ) BAIL SET:
( ) TRAVEL RESTRICTED
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) OTHER

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE:
(X) DETENTION / BAIL HRG.    DATE: Fri Sept 16 11 AM
( ) TRIAL: ___ COURT ___ JURY    DATE:
( ) SENTENCING    DATE:
( ) OTHER:    DATE:

APPEARANCES:

AUSA    ANDREW KOGAN

DEFT. COUNSEL    JOHN MURPHY (RETAINED)

PROBATION    Present

INTERPRETER
Language: (        )

Time Commenced: 3:00 pm
Time Terminated: 3:10 pm
Adjourned to:
Tape No: F05 #5
Count:
Court Reporter:

Mark Morelli
DEPUTY CLERK