UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

SEP 13 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 05-3616-3(MF) |
| V. | : | |
| | : | NOTICE OF ATTORNEY APPEARANCE |
| MICHAEL ANDREWS | : | |

SIR:

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR MICHAEL ANDREWS, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

DATE: 9/13/05

SIGNATURE: *[signature]*

NAME: JOHN MURPHY
(Please Print)

FIRM NAME: John M Murphy Jr.

ADDRESS: 92 Village Center Drive
Freehold, N.J.

TELEPHONE NUMBER: 732-739-4100