AO 92
(Rev. 6/83)

**COMMITMENT**

| United States District Court | DISTRICT |
|---|---|
| | New Jersey |

| UNITED STATES OF AMERICA<br>V.<br><br>MICHAEL ANDREWS | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>05-3616-3(MF) |
|---|---|

The above named defendant was arrested upon the complaint of

charging a violation of   USC §

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | |

**DESCRIPTION OF CHARGES:**

15 2005

**BOND IS FIXED AT**
$   Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

September 1_ 2005
Date

_____
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |