UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S COURTROOM MINUTES |
| v. | MAGISTRATE NO.: 05-3616-3 (MF) |
| MICHAEL ANDREWS | DATE OF PROCEEDINGS: SEPTEMBER 22, 2005 |
| | DATE OF ARREST: _____ |

PROCEEDINGS: __BAIL HEARING__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  __ AFPD  __ CJA
( ) WAIVER OF HRG.:  __ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT DATED _____
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) ORDER OF RELEASE
( ) TEMPORARY COMMITMENT
( ) SENTENCE
( ) BOND REVIEW
( ) ARREST WARRANT TO ISSUE
(X) BAIL SET: 1,000,000 Collateral secured by $600,000 in Property
(X) TRAVEL RESTRICTED Eastern District of ~~Florida~~ New York and Southern district of Florida For Court
(X) REPORT TO PRETRIAL SERVICES
(X) DRUG TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) OTHER Alcohol testing

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL:  __ COURT  __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA  ANDREW KOGAN

DEFT. COUNSEL  JOHN M. MURPHY

PROBATION _____

INTERPRETER _____
      Language: ( )

Time Commenced: 3:50 pm
Time Terminated: 4:00 pm
Adjourned to: _____
Tape No: F05 #4
Count: _____
Court Reporter: _____

_____Mark Morelli_____
DEPUTY CLERK