AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY _____

2 2005

UNITED STATES OF AMERICA

V.

MICHAEL ANDREWS

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 05-MJ-3616-3 (MF)

CHARGING DISTRICTS
CASE NUMBER: 04-6006-CR

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ___Southern___ District of ___Florida___ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the ___Southern District of Florida___
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
___TO BE NOTIFIED___ on _____
*Date and Time*

*Signature of Judge*

9/22/05
*Date*

Name and Title of Judge **MARK FALK**
**U.S. Magistrate Judge**