UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------X

UNITED STATES OF AMERICA

v.

MICHAEL ANDREWS

-------------------------------------------------X

2 2005

ORDER

04-60006-CR-COHN(s)(s)

    Upon application of the defendant without objection from pre-trial services, and with the consent of the United States of America by Assistant United States Attorney Michael Ditto it is hereby ordered that the defendant's bail conditions are modified as follows: all conditions previously entered shall remain the same except the defendant shall not be required to post as collateral security the Fort Lauderdale property previously described on the record before Magistrate Judge Falk.

                                                          _____
                                                          Honorable Mark Falk

Dated: September 23, 2005